UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

JEFFREY RICHARDSON,

Docket No. 06-CR-416 (NGG)

Defendant.
----------------------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned, rather than the Magistrate Judge, will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
Defendant's Attorney
MAX KRAVITZ

_____
U.S. Attorney ALYSSA A. SUALLS
by AUSA

Dated: July 19, 2006
Brooklyn, New York

BEFORE: _____
ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE